# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00524-CV

### In re Mohammad Reza Assadi

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied, and the motion for emergency temporary relief is dismissed as moot. *See* Tex. R. App. P. 52.8(a).

_____

Chari L. Kelly, Justice

Before Justices Kelly, Theofanis, and Ellis

Filed: June 16, 2026